## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 9th day of March, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Walter L. Smith, III, Esq.
Specialty Lighting, Inc. t/a
Boss Industries
8480 Bluebonnet Blvd.
Suite F
Baton Rouge, LA  70810

_____
Mary E. Augustine, Esq. (No. 4477)

579030v1
547322-1